JOSEPH F. CHARLES – CSBN 228456
KEVIN G. GILL – CSBN 226819
**Gill Charles Law Offices**
1 Maple Street, Suite 1402
Redwood City, CA 94063
(415) 671-4147
*jfcharles@gillcharles.com*
*kggill@gillcharles.com*

*Attorneys for Plaintiff*
*HONG-NGOC T. DAO*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HONG-NGOC T. DAO,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, a Massachusetts corporation;<br>and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 4:14-cv-04749 ~~KAW~~  SI<br><br>**PROPOSED ORDER SEALING<br>DOCUMENTS** |

Having read and considered the motion, the memoranda and declaration filed by PLAINTIFF, and having reviewed the documents proposed to be placed under seal, the court finds as follows:

Plaintiff's overriding interest the medical privacy overcomes the right of public access to these records, and is sufficient to support the sealing of the records. If the records are not sealed, there is a substantial probability that Plaintiff's overriding interests in medical privacy will be prejudiced. The sealing is narrowly limited only to those documents containing medical records and physician opinion,

1   and is the least restrictive means to achieve the overriding interest. Plaintiff identifies the documents to

2   be filed under seal as follows:

3   • Exhibit B to the *Declaration Of Kevin G. Gill In Support Of Plaintiff's Opposition To*

4   *Defendant's Motion To Set Aside Entry Of Default*

5   • Exhibit C to the *Declaration Of Kevin G. Gill In Support Of Plaintiff's Opposition To*

6   *Defendant's Motion To Set Aside Entry Of Default*

7   • Exhibit D to the *Declaration Of Kevin G. Gill In Support Of Plaintiff's Opposition To*

8   *Defendant's Motion To Set Aside Entry Of Default*

9   • Exhibit E to the *Declaration Of Kevin G. Gill In Support Of Plaintiff's Opposition To*

10   *Defendant's Motion To Set Aside Entry Of Default*

11   IT IS ORDERED THAT Plaintiff's motion to file under seal is granted.

12

13   Dated:                                            By: Susan Illston

14                                                     ~~HON. KANDIS A. WESTMORE~~

15                                                     UNITED STATES ~~MAGISTRATE~~ JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Sealing Documents                    CASE NO. 4:14-cv-04749 KAW