UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONG-NGOC T DAO,

        Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendants.

Case No.  14-cv-04749-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 26, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 31, 2015.

DESIGNATION OF EXPERTS: September 14, 2015; REBUTTAL September 28, 2015.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 23, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by November 6, 2015;
    Opp. Due November 20, 2015; Reply Due November 30, 2015;
    and set for hearing no later than December 11, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 2, 2016 at 3:30 PM.

TRIAL DATE: February 16, 2016 at 8:30 AM,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Deadline to file amended complaint: 5/20/15.
The Parties will participate in private mediation on 6/11/15.
The parties are in the process of drafting a protective order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 3/24/15



SUSAN ILLSTON
United States District Judge