UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 14-cv-04749-SI<br><br>**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 45 |

The Court REFERS the pending discovery dispute to a Magistrate Judge for resolution. Dkt. 45.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
SUSAN ILLSTON
United States District Judge