UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONG-NGOC T DAO,

        Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendants.

Case No.  14-cv-04749-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  November 20, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 13, 2015.

DESIGNATION OF EXPERTS: December 4, 2015; REBUTTAL December 18, 2015.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is  January 15, 2016 .

DISPOSITIVE MOTIONS **SHALL** be filed by January 29, 2016;
    Opp. Due: February 12, 2016; Reply Due: February 19, 2016;
    and set for hearing no later than  March 4, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE:  April 26, 2016 at 3:30 PM.

TRIAL DATE: May 9, 2016 at 8:30 AM,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
 n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/29/15



_____
SUSAN ILLSTON
United States District Judge