UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 14-cv-04749-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 62 |

Plaintiff seeks leave to file a motion for reconsideration of this Court's July 7, 2015 order dismissing plaintiff's breach of contract claim without leave to amend. The Court GRANTS plaintiff leave to file a motion for reconsideration. The motion shall be filed within 28 days of the date of this order.

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
SUSAN ILLSTON
United States District Judge