UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 14-cv-04749-SI<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO WITHDRAW AND TO STAY; SETTING CASE MANAGEMENT HEARING FOR DECEMBER 4, 2015 AT 10:00 AM**<br><br>Re: Dkt. Nos. 75, 76 |

On October 9, 2015, the Court held a hearing on plaintiff's administrative motions to withdraw as counsel and to stay. For the reasons stated on the record, the Court DENIES those motions. Plaintiff is given 30 days to retain new counsel. Once plaintiff has retained new counsel, the Court will permit Peterson, Martin & Reynolds to withdraw. The Court sets a further case management hearing for December 4, 2015 at 10:00 a.m.

The general non-expert discovery cut-off remains November 13, 2015. However, the Court will extend the deadline for completing depositions until December 13, 2015. Counsel are reminded to cooperate with each other regarding discovery and to comply with their discovery obligations.

**IT IS SO ORDERED**.

Dated: October 9, 2015

_____
SUSAN ILLSTON
United States District Judge