1   PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER (SBN 218942)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA  94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    E-Mail:  pamela.cogan@rmkb.com
5            stacy.tucker@rmkb.com

6   Attorneys for Defendants
    LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**IT IS SO ORDERED**

*Susan Illston*

Judge Susan Illston

7

8                    UNITED STATES DISTRICT COURT FOR

9                    THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   HONG NGOC T. DAO,                      CASE NO. 4:14-cv-04749 SI
13                    Plaintiff,
14   v.                                      **STIPULATION EXTENDING
                                             DEFENDANT'S TIME TO RESPOND TO
15   LIBERTY LIFE ASSURANCE                  PLAINTIFF'S FIRST AMENDED
     COMPANY OF BOSTON, a                    COMPLAINT**
16   Massachusetts corporation, and DOES 1 to
     50, inclusive,
17
                     Defendants
18

19

20   It is hereby stipulated by and between plaintiff HONG NGOC DAO and defendant LIBERTY

21   LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record,

22   that Liberty Life Assurance Company of Boston shall have up to and including November 10,

23   2015 to respond to the First Amended Complaint filed by Plaintiff in this action.

24          **IT IS SO STIPULATED**.

25          The filer of this document attests that concurrence in this filing has been obtained from all

26   signatories.

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

STIPULATION TO EXTEND TIME
CASE NO. 4:14-CV-04749 SI

1    Dated:  October 26, 2015                    PETERSON MARTIN REYNOLDS LLP

2

3                                                By: /s/ *Joseph F. Charles*
                                                     JOSEPH F. CHARLES
4                                                    Attorneys for Plaintiff
                                                     HONG NGOC T. DAO
5

6
     Dated:  October 26, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY
7

8
                                                 By*: /s/ Stacy M. Tucker*
9                                                    PAMELA E. COGAN
                                                     STACY M. TUCKER
10                                                   Attorneys for Defendant,
                                                     LIBERTY LIFE ASSURANCE
11                                                   COMPANY OF BOSTON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4815-0885-3546.1                        - 2 -              STIPULATION TO EXTEND TIME
                                                           CASE NO. 4:14-CV-04749 SI