UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONG-NGOC T DAO,

    Plaintiff,

    v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

Case No. 14-cv-04749-SI

**ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL AND RESCHEDULING DECEMBER 4, 2015 CASE MANAGEMENT CONFERENCE FROM 10 AM TO 3:30 PM**

Re: Dkt. No. 92

Based on the motion and Stipulation for Administrative Relief seeking the withdrawal of the law firm of Peterson Martin & Reynolds LLP and Joseph F. Charles as co-counsel to plaintiff and good cause appearing in support thereof, IT IS HEREBY ORDERED that the law firm of Peterson Martin & Reynolds LLP and Joseph F. Charles, Esq. shall be relieved as co-counsel of record for plaintiff effective as of the date of this ORDER.  Plaintiff shall be represented in this matter before the Court by Suzanne Babb, Esq. of Beyers Costin Simon, 200 Fourth St., Suite 400, Santa Rosa, CA 95401, Tel. (707) 547-2000, Fax. (707) 546-2746, sbabb@beyerscostin.com.

The Court reschedules the case management conference scheduled for December 4, 2015 at 10:00 am to 3:30 p.m. the same day.  The Court will address the pretrial schedule and discovery deadlines at the case management conference.

**IT IS SO ORDERED**.

Dated: November 10, 2015

SUSAN ILLSTON
United States District Judge