United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>  Plaintiff,<br><br>  v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>  Defendant. | Case No. 14-cv-04749-SI<br><br>**ORDER OF REFERRAL**<br><br>Re: Dkt. Nos. 101-109 |

On November 20, 2015, plaintiff filed a motion to compel responses to interrogatories and requests for production of documents and a related motion for discovery sanctions. Dkt. Nos. 101-109. The Court REFERS both of these motions, as well as any future discovery disputes, to Magistrate Judge LaPorte for decision in the first instance.

**IT IS SO ORDERED**.

Dated: November 24, 2015

_____
SUSAN ILLSTON
United States District Judge