UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No.  14-cv-04749-SI<br><br>**ORDER RE: PRETRIAL SCHEDULE** |

In their November 25, 2015 joint case management conference statement, the parties requested extensions of various pretrial deadlines in this case in order to provide plaintiff's new counsel time to familiarize herself with this case, as well as to allow the parties to explore settlement and conduct additional discovery. The Court adopts the parties' proposed pretrial schedule:

- Non-expert deposition cutoff:  March 1, 2016
- Expert disclosure:  March 15, 2016
- Rebuttal expert disclosure:  March 29, 2016
- Expert Discovery Cutoff:  April 15, 2016
- Dispositive Motion Filing Cutoff:  April 29, 2016
- Pretrial Conference:  July 19, 2016
- Trial date:  August 15, 2016

**IT IS SO ORDERED**.

Dated: December 7, 2015

_____
SUSAN ILLSTON
United States District Judge