UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T DAO,<br><br>         Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>         Defendant. | Case No.  14-cv-04749-SI   (EDL)<br><br>**ORDER FOR <u>IN CAMERA</u> REVIEW**<br><br>Re: Dkt. No. 151 |

This is a lawsuit regarding the denial of benefits under a long term disability policy issued to Plaintiff Hong-Ngoc Dao by Defendant Liberty Life Assurance Company of Boston.  The case has been referred to this Court for discovery, and on July 30, 2015, this Court granted in part Plaintiff's motion to quash or modify subpoenas and for a protective order in which the Court ordered Plaintiff to produce psychotherapy notes but allowed for redactions.  On March 10, 2016, the parties filed a joint letter in which they dispute whether the Court's prior Order limited permissible redactions to Plaintiff's own personal traumatic experiences, or whether redactions relating to third parties could also be appropriate.  The parties jointly request that the Court review <u>in camera</u> the psychotherapy records that Plaintiff previously produced in redacted form to determine whether Plaintiff's redactions are appropriate or overbroad.

The Court's prior Order was not intended to strictly limit redactions to Plaintiff's own personal trauma, and limited redaction of private information relating to third parties may also be appropriate.  The Court will review <u>in camera</u> the documents Bates numbered 304, 313, 316, 317,

375, 384, 390, 393, 394, 396, 402, 406, 407, 412, and 419 that, according to the log attached to the joint letter, were redacted to remove information relating to third parties. Within one week of the date of this Order, Plaintiff shall lodge directly with chambers both a redacted and unredacted copy of these documents. The parties do not appear to dispute that redactions of the other documents listed on the log are appropriate so the Court need not consider these documents <u>in camera</u>.

**IT IS SO ORDERED.**

Dated: March 14, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge