PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:      (650) 780-1701
E-Mail:  pamela.cogan@rmkb.com
          stacy.tucker@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG NGOC T. DAO,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, a<br>Massachusetts corporation, and DOES 1 to<br>50, inclusive,<br><br>         Defendants | CASE NO. 4:14-cv-04749 SI<br><br>**STIPULATED REQUEST TO EXTEND DEADLINES IN THIS ACTION OTHER THAN THE TRIAL DATE** |

**WHEREAS**, the parties are interested in exploring settlement options for this litigation;

**WHEREAS**, the parties requested referral to a magistrate judge for settlement conference pursuant to ADR L.R. 7-1, and were assigned to Magistrate Judge Donna Ryu;

**WHEREAS,** due to the schedules of the parties and Judge Ryu, the first available settlement conference date is May 9, 2016;

**WHEREAS**, the parties hope to resolve this matter prior to filing summary judgment motions and therefore seek to move the April 29, 2016 dispositive motion deadline to after the settlement conference date;

**WHEREAS**, the parties have recently taken physician depositions relevant to the case and have not yet received the transcripts of those depositions, which need to be reviewed by expert witnesses in this action;

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1   **WHEREAS**, the parties therefore also seek to move out the expert witness deadlines to

2   permit the deposition transcripts to be used by the witnesses;

3   **WHEREAS**. Plaintiff's counsel will be out of the country on the scheduled date of the

4   pretrial conference, July 19, 2016 and the parties therefore ask the Court to continue that

5   conference;

6   **WHEREAS**, the parties have twice stipulated to move the trial date in this action;

7   however this stipulation does not seek to reschedule the August 15, 2016 trial date;

8   **IT IS HEREBY STIPULATED** between the parties, by and through their respective

9   counsel of record, that the parties respectfully ask this Court adopt the following schedule:

10

|  | Current Date | Requested New Date |
|---|---|---|
| Expert Disclosures | March 30, 2016 | April 29, 2016 |
| Expert rebuttal reports due | April 15, 2016 | May 13, 2016 |
| Expert discovery cutoff | April 29, 2016 | May 27, 2016 |
| Dispositive motion filing cutoff | April 29, 2016 | May 27, 2016 |
| Pretrial Conference | July 19, 2016 | August ~~1~~ 2, 2016 |
| Trial Date | August 15, 2016 | August 15, 2016 |

20   **IT IS SO STIPULATED**.

21   The filer of this document attests that concurrence in this filing has been obtained from all

22   signatories.

23   Dated:  March 25, 2016                              BEYERS COSTIN SIMON

24

25                                                       By: /s/ *Suzanne K. Babb*

26                                                          SUZANNE BABB
                                                           Attorneys for Plaintiff
27                                                          HONG NGOC T. DAO

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1

2

Dated:  March 25, 2016                               ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                                                    By: */s/ Stacy M. Tucker*
                                                                         PAMELA E. COGAN

5                                                                        STACY M. TUCKER
                                                                         Attorneys for Defendant,

6                                                                        LIBERTY LIFE ASSURANCE
                                                                         COMPANY OF BOSTON

7        **IT IS SO ORDERED.**

8

9        Dated:  March _30_, 2016

10                                                                   By:_____
                                                                         HON. SUSAN ILLSTON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*