PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
pamela.cogan@rmkb.com; stacy.tucker@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG-NGOC T. DAO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts corporation; and DOES 1---50, inclusive,<br><br>　　　　Defendant. | Case No. 4:14-cv-04749 SI<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>[CIVIL LOCAL RULE 79-5] |

After full consideration of the papers submitted on Defendant's Administrative Motion to File Under Seal, and good cause appearing therefore, Defendant's Motion to File Under Seal is hereby **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiff's Notice of Motion and Motion for a Determination of the Validity of Two Policy Provisions, and to Compel Answers to Discovery and to Conduct Limited Additional Discovery, and along with the confidential documents that Plaintiff has submitted in support of the Motion, bates labeled LIBTY00001, 60-62, 66, 117-118, 122-126, 166, 215, 227, 245, and 251, are hereby filed under seal and the documents shall be kept from public inspection.

||  |
|---:|---|
| 1 | |
| 2 | Date: May 17, 2016 |
| 3 | Honorable Susan Y. Illston<br>United States District Court Judge |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Ropers Majeski Kohn & Bentley
*A Professional Corporation*
Redwood City