1   PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER (SBN 218942)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA  94063-2052
    Telephone:     (650) 364-8200
4   Facsimile:     (650) 780-1701
    E-Mail:  pamela.cogan@rmkb.com
5             stacy.tucker@rmkb.com

6   Attorneys for Defendants
    LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
7

8

9                  UNITED STATES DISTRICT COURT FOR

10               THE NORTHERN DISTRICT OF CALIFORNIA

11

12  HONG NGOC T. DAO,                    CASE NO. 4:14-cv-04749 SI
                         Plaintiff,

13  v.                                   **STIPULATED REQUEST TO CHANGE
                                         HEARING DATE**
14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON, a
15  Massachusetts corporation, and DOES 1 to
    50, inclusive,
16
                         Defendants
17

18

19          **IT IS HEREBY STIPULATED** between the parties, by and through their respective

20  counsel of record, respectfully request a continuance of the reply pleading deadline and the

21  hearing date on Plaintiff's Motion For A Determination Of The Validity Of Two Policy

22  Provisions And To Compel Answers To Discovery And Conduct Additional Discovery.

23          The hearing is presently set for June 17, 2016; the parties hereby stipulate and agree,

24  subject to this Court's approval, to continue the hearing date to July 1, 2016.  Plaintiff's Reply

25  brief shall now be due June 6, 2016.

26          **IT IS SO STIPULATED**.

27          The filer of this document attests that concurrence in this filing has been obtained from all

28  signatories.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4814-3314-3857.1

STIPULATION TO CHANGE HEARING DATE
CASE NO. 4:14-CV-04749 SI

1

2    Dated:  May 24, 2016                        BEYERS COSTIN SIMON

3
                                                By: /s/ *Suzanne K. Babb*
4                                                   SUZANNE BABB
                                                    Attorneys for Plaintiff
5                                                   HONG NGOC T. DAO

6

7    Dated:  May 24, 2016                        ROPERS, MAJESKI, KOHN & BENTLEY

8

9                                                By*:  /s/ Stacy M. Tucker*
                                                    PAMELA E. COGAN
10                                                   STACY M. TUCKER
                                                    Attorneys for Defendant,
11                                                   LIBERTY LIFE ASSURANCE
                                                    COMPANY OF BOSTON
12

13   **IT IS SO ORDERED.**

14        June 1
     Dated: ~~May~~ ___, 2016

15                                                By: _____
16                                                   HON. SUSAN ILLSTON

17

18

19

20

21

22

23

24

25

26

27

28

4814-3314-3857.1                - 2 -          STIPULATION TO CHANGE HEARING DATE
                                               CASE NO 4:14-CV-04749 SI

Ropers  Majeski  Kohn  &  Bentley
A Professional Corporation
Redwood City