1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 HONG-NGOC T DAO,

Plaintiffs,

Case No. 14-cv-04749-SI   (SI)

8

v.

9

ORDER OF DISMISSAL UPON
SETTLEMENT

10 LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

11 Defendants.

12

13 The parties to the action, by their counsel, have advised the court that they have agreed to

14 a settlement.

15 IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

16 However, that if any party hereto certifies to this court, with proof of service of a copy thereon on

17 opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred,

18 the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for

19 further proceedings.

20 **IT IS SO ORDERED**.

21 Dated:  7/19/16

22

SUSAN ILLSTON
United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California