```
 1  PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER (SBN 218942)
 2  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
 3  Redwood City, CA 94063
    Telephone:   (650) 364-8200
 4  Facsimile:   (650) 780-1701
    pamela.cogan@rmkb.com; stacy.tucker@rmkb.com
 5
    Attorneys for Defendant
 6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HONG-NGOC T. DAO, | Case No. 4:14-cv-04749 SI |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts corporation; and DOES 1---50, inclusive, | [CIVIL LOCAL RULE 79-5] |
| Defendant. | |

After full consideration of the papers submitted on Defendant's Administrative Motion to File Under Seal, and good cause appearing therefore, Defendant's Motion to File Under Seal is hereby **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that that pages 10:1-2; 18:25-28; 18:28-19:1; 19:1-19:4; 19:21-26; 19:28-20:6; 20:8-9; 20:9-11; 22:25-22:28; and 23:9-11 of Plaintiff's memorandum of points and authorities in support of Plaintiff's motion for partial summary judgment, docket document number 183, and referenced exhibits LIBTY205, LIBTY125, LIBTY215, LIBTY251, and LIBTY197, are hereby filed under seal and the documents shall be kept from public inspection.

**IT IS FURTHER ORDERED** that documents LIBTY205, LIBTY125, LIBTY215, LIBTY251, and LIBTY197 of exhibit C to the declaration of Suzanne K. Babb in support of

1  Plaintiff's motion for partial summary judgment, docket document number 184, are hereby filed
2  under seal and the documents shall be kept from public inspection.
3      **IT IS FURTHER ORDERED** that pages 13:25-26; 13:27; 14:14-15; 14:24-25 and 14:28
4  of Plaintiff's reply in support of motion for determination of validity of two policy provisions,
5  docket document 187, and referenced exhibits LIBTY0166, LIBTY 251, LIBTY62, and
6  LIBTY251, are hereby filed under seal and the documents shall be kept from public inspection.
7      **IT IS FURTHER ORDERED** that documents LIBTY0166, LIBTY 251, LIBTY62, and
8  LIBTY251 of exhibit D to the declaration of Suzanne K. Babb in support of Plaintiff's motion for
9  determination of validity of two policy provisions, docket document 188, are hereby filed under
10 seal and the documents shall be kept from public inspection.
11     **IT IS FURTHER ORDERED** that page 21:3-7 of Liberty Life's opposition to Plaintiff's
12 motion for partial summary judgment, docket document 189, is hereby filed under seal and the
13 document shall be kept from public inspection.
14     **IT IS FURTHER ORDERED** that pages 20:17-21 and 20:28-21:2 of Plaintiff's
15 opposition to Liberty Life's motion for partial summary judgment, docket document 190, and
16 referenced exhibits LIBTY197 and LIBTY251 are hereby filed under seal and the documents
17 shall be kept from public inspection.
18     **IT IS FURTHER ORDERED** that documents LIBTY197 and LIBTY251 of exhibit F to
19 the declaration of Suzanne K. Babb in support of Plaintiff's opposition to partial summary
20 judgment, docket document 191, are hereby filed under seal and the documents shall be kept from
21 public inspection.
22     **IT IS FURTHER ORDERED** that pages 4:8-9; 4:10-12; 4:17-19; 4:20-24; 11:4-8; and
23 11:11-12 of Plaintiff's reply in support of her motion for partial summary judgment, docket
24 document 195, and referenced exhibits LIBTY394-395 and LIBTY251, are hereby filed under
25 seal and the documents shall be kept from public inspection.
26     **IT IS FURTHER ORDERED** that documents LIBTY394-395 and LIBTY251 of exhibit
27 F to the declaration of Suzanne K. Babb in support of Plaintiff's reply in support of motion for
28 partial summary judgment, docket document 196, are hereby filed under seal and shall be kept

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

from public inspection.

**IT IS FURTHER ORDERED** that documents, CF2-440-CF2-457 of exhibit 1 to the declaration of Paula McGee in support of Liberty Life's reply in support of motion for partial summary judgment, docket document 197, are hereby filed under seal and shall be kept from public inspection.

**IT IS SO ORDERED.**

Date: ~~June~~ 7/21 __, 2016



Honorable Susan Y. Illston
United States District Court Judge